FILED'08 MAY 06 15:56 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROL SCHNEIDER, | CV. 05-1402 PK |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF, AMERICA, | |
| Defendant. | |

REDDEN, Judge:

Magistrate Judge Paul Papak issued Findings and Recommendation (#97) on April 14, 2008, recommending that defendant's Motion to Dismiss (#88) be denied.. The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to review the factual or legal conclusions of the Magistrate Judge. *See, Thomas v. Arn,* 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

OPINION AND ORDER- 1

After review, I agree with Judge Papak's Recommendation. There is no legal error. The court adopts Magistrate Judge Papak's Findings and Recommendations (#97). Defendant's Motion to Dismiss (#88) is denied.

IT IS SO ORDERED.

Dated this 6 day of May, 2008.

/s/ James A. Redden
James A. Redden
United States District Judge

OPINION AND ORDER- 2